UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANICE DRAWHORN-DAVIS | * | CIVIL ACTION NO.: 19-496-SDD-RLB |
| VERSUS | * | |
| | * | JUDGE: |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL | * | MAGISTRATE: RICHARD BOURGEOIS, JR |

**PLAINTIFF'S MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel, comes the plaintiff, JANICE DRAWHORN-DAVIS, who, pursuant to 28 U.S.C.A. § 1447, seeks to remand this action back to the 19th Judicial Court, East Baton Rouge Parish, in response to the improvident removal filed by the defendant, USAA General Indemnity Company , for the reasons more fully set forth in his memorandum in support of his motion to remand.

WHEREFORE, the plaintiff, Janice Drawhorn-Davis, respectfully requests that this Court grant her Motion to Remand and remand this action back to the 19th Judicial Court, East Baton Rouge Parish.

Respectfully Submitted By:

CLAYTON, FRUGÉ & WARD
3741 Highway 1 South
Port Allen, Louisiana 70767
Telephone: (225) 344-7000

s/Randall Gay
A.M. "Tony" Clayton (#21191)
tclaytonlaw@aol.com
Michael P. Frugé (#26287)
michaelfruge@claytonfrugelaw.com
Randall "Blue" Gay (#36464)
randallbluegay@claytonfrugelaw.com

*Attorneys for Plaintiff, JANICE DAVIS*

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANICE DRAWHORN-DAVIS | * | CIVIL ACTION NO.: 19-496-SDD-RLB |
| | * | |
| | * | |
| VERSUS | * | |
| | * | |
| | * | |
| STATE FARM MUTUAL | * | JUDGE: |
| AUTOMOBILE INSURANCE | * | |
| COMPANY, USAA GENERAL | * | |
| INDEMINITY COMPANY AND | * | |
| YUSUF ATKINS | * | MAGISTRATE: RICHARD BOURGEOIS, |
| | * | JR |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Ms. Suzanne Miller, Craig D. Gremillion and Associates, 2600 Citi Place Drive, Suite 550 Baton Rouge, Louisiana 70808 (Attorney for State Farm and Yusuf Atkins) and Michael Thompson, Taylor Wellons Politz & Duhe, APLC, 8550 United Plaza Blvd, Suite 101 Baton Rouge, Louisiana 70809  (Attorney for USAA General Indemnity Company) by operation of the Court's electronic filing system.

        Respectfully Submitted By:

        s/Randall Gay_____
        Randall "Blue" Gay (#36464)
        randallbluegay@claytonfrugelaw.com

1