**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JANICE DRAWHORN-DAVIS | CIVIL ACTION |
| VERSUS | |
| | 19-496-SDD-RLB |
| USAA GENERAL INDEMNITY COMPANY, ET AL. | |

## RULING

The Court has carefully considered the *Motion*[1] filed by Plaintiff, the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated March 9, 2020, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand*[3] is hereby DENIED.

**IT IS FURTHER ORDERED** that this matter is hereby referred back to the magistrate judge for further proceedings.

Signed in Baton Rouge, Louisiana on <u>March 23, 2020</u>.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 4.
[2] Rec. Doc. 16.
[3] Rec. Doc. 4.