**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JANICE DRAWHORN-DAVIS | CIVIL ACTION |
| VERSUS | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL. | 19-496-SDD-RLB |

## RULING

Local Rule 7(f) of the Middle District of Louisiana requires that memoranda in opposition to a motion be filed within twenty-one (21) days after service of the motion.

In the present case, a *Rule 12(c) Motion for Judgment on the Pleadings*[1] was electronically filed by Defendants, State Farm Mutual Automobile Insurance Company and Yusuf Atkins, Sr., individually and on behalf of, Yusuf Atkins, Jr., ("Defendants") on April 17, 2020. A review of the record shows that an opposition was due on May 8, 2020; thus, well more than twenty-one (21) days have elapsed since the filing of this motion, and no memorandum in opposition has been submitted to date. Further, the record reveals that Plaintiff, Janice Drawhorn-Davis ("Plaintiff") has not sought an extension of time to oppose this motion.

Therefore, this *Motion* is deemed to be unopposed, and further, after reviewing the record, the Court finds that the *Motion* has merit as a matter of law. Accordingly,

---

[1] Rec. Doc. No. 19. The motion alternatively seeks relief based on misjoinder pursuant to Rule 12(h)(2).
Document Number: 60700

1

**IT IS HEREBY ORDERED** that the *Rule 12(c) Motion for Judgment on the Pleadings*[2] is GRANTED, and these Defendants shall be dismissed WITH PREJUDICE.

Any response to this *Ruling* <u>explaining the failure to comply with the deadline</u>, based on the appropriate Federal Rule of Civil Procedure, shall be filed within fourteen (14) days <u>and</u> must be accompanied by an opposition memorandum to the original *Motion*.

**IT IS SO ORDERED**.

Baton Rouge, Louisiana, this 12th day of June, 2020.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[2] Rec. Doc. No. 19.  The motion alternatively seeks relief based on misjoinder pursuant to Rule 12(h)(2).
Document Number: 60700                                                                                          2